United States District Court
Southern District of Texas
**ENTERED**
September 11, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **ROBERTO HERNANDEZ-DURAN,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01605** |
| | § | |
| **WARDEN OF RIO GRANDE DETENTION CENTER, *et al.*,** | § | |
| | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

Pending before the Court is Petitioner Roberto Hernandez-Duran's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1).

Having reviewed the Petition, Respondents are hereby **ORDERED** to show cause and submit a response to the Habeas Petition, (Dkt. 1), and serve it on Petitioner no later than **September 17, 2026,** which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner is **ORDERED** to submit a reply to Respondents' Response on or before **September 22, 2026**.

The Clerk of Court is also **DIRECTED** to e-mail a copy of the Petition, (Dkt. 1), and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov and Lance.Duke@usdoj.gov.

Additionally, it is further **ORDERED** that Respondents must notify the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas

**<u>at least five (5) days beforehand</u>** and then inform the Court **IMMEDIATELY** after any transfer or removal occurs.

**IT IS SO ORDERED.**

SIGNED this September 11, 2026.

Diana Saldaña
United States District Judge